# In the United States Court of Federal Claims

No. 24-1487C
(Filed: January 27, 2025)

| | |
|---|---|
| **VIASAT, INC.**, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED STATES**, | ) |
| | ) |
| *Defendant,* | ) |
| | ) |
| and | ) |
| | ) |
| **TYVAK NANO-SATELLITE SYSTEMS, INC.**, | ) |
| | ) |
| *Defendant – Intervenor,* | ) |
| | ) |
| and | ) |
| | ) |
| **YORK SPACE SYSTEMS LLC**, | ) |
| | ) |
| *Defendant – Intervenor.* | ) |

**ORDER**

On January 27, 2025, defendant filed a status report (under seal) in accordance with the Court's order of January 3, 2025 (ECF 70). ECF 71. As directed, the filing includes an update on the corrective action taken to date as well as the agency's anticipated next steps. Defendant proposes to file another status report by February 7, 2025. For good cause shown, the Court **GRANTS** defendant's proposal and directs defendant to **FILE** a status report on or before **February 7, 2025**, updating the Court on the status of the corrective action taken and to be taken in this post-award bid protest.

To be clear, the Court expects defendant to finalize the nature and extent of the corrective action to be taken in this matter on or before February 7, 2025. Absent a showing of extraordinary cause, unless a notice of voluntary dismissal is filed on or before the February 7, 2025 deadline, the Court intends to resume litigation: affording plaintiff fourteen days to file an amended complaint to account for the proposed corrective action and potential realignment of parties, followed by the filing

of dispositive cross-motions thirty days thereafter.  Counsel are welcome to jointly contact Chambers to schedule a status conference in the interim to discuss alternative paths forward.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge